906 A.2d 1194

**The FRIENDSHIP PRESERVATION GROUP, INC., a Pennsylvania Corporation, AZ, Inc., a Pennsylvania Corporation, d.b.a. Cafe Sam, and Andrew Zins, an Individual**

**v.**

**ZONING BOARD OF ADJUSTMENT OF THE CITY OF PITTSBURGH and UPMC Shadyside.**

**Appeal of UPMC Shadyside.**

Supreme Court of Pennsylvania.

Argued Feb. 28, 2006.

Decided Oct. 5, 2006.

William R. Sittig, Jr., for UPMC Shadyside.

George R. Spector, for Zoning Board of Adjustment of the City of Pittsburgh.

Andrew Zins, Kenneth R. Stiles, Pittsburgh, for Friendship Preservation Group Inc.

Before CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER, BALDWIN, JJ.

## *ORDER*

PER CURIAM.

**AND NOW**, this 5th day of October 2006, the Court being evenly divided, the Order of the Commonwealth Court is affirmed.

Chief Justice CAPPY did not participate in the consideration or decision of this case.

For affirmance, Justices CASTILLE, SAYLOR, and BAER.

For reversal, Justice NEWMAN, Justice EAKIN, and Justice BALDWIN.